

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2017

No. 04-17-00007-CV

**13 HEIN, L.L.C.** and Robert P. Hein,
Appellants

v.

Analicia **PENA DE BECERRA**, Federico Javier Pena Llanos, Lilia Leticia Pena de Borrego,
Hilde Pena de Trad, Elsa Pena Cass, Zimmerman Limited Partnership No. 1,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVF-001164-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

The appellant's motion for extension of time to file their reply brief is granted. Time is extended to November 20, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court